### No. C-819

### Pierre Livingston Lorillard
### v. The People of the State of Colorado

(558 P.2d 568)

Decided January 3, 1977.

Montgomery, Little, Young, Ogilvie, Campbell & McGrew, P.C., David A. Ogilvie, for petitioner.

Stuart A. VanMeveren, District Attorney, Eighth Judicial District, Loren B. Schall, Assistant, for respondent.

*En Banc.*

Per Curiam

The petition for certiorari is dismissed as improvidently granted.

MR. JUSTICE ERICKSON not participating.